JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL HARRIS,<br><br>    Petitioner,<br><br>    v.<br><br>P. D. BRAZELTON, Warden,<br><br>    Respondent. | Case No. CV 13-02115 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: June 19, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE