JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MICHAEL HARRIS,

    Petitioner,

v.

P. D. BRAZELTON, Warden,

    Respondent.

Case No. CV 13-02115 JAK (AN)

JUDGMENT

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: June 19, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE